**FILED**
July 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 08-0239-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUDY CAROL STAFFA, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUDY CAROL STAFFA, Case No. MAG. 08-0239-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

  _X_   Unsecured Appearance Bond

  ___   Appearance Bond with Surety

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) The Defendant is ordered to appear at the United States District Court, 222 West 7th Ave., Anchorage, AK, 99513 on 07/31/08 at 9:00 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/10/08  at 3:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge